# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14CR2191-H |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Jennifer Yrys, | |
| Defendant. | |

FILED
AUG 08 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEP.

IT APPEARING that the defendant is now entitled to be discharged ~~for the reason that:~~

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

31:5322; 18:2 - Willful Violation of the Bank Secrecy Act through Failure to Maintain an Effective Anti-Money Laundering Program under Title 31, United States Code, Section 5318(h) and 5322; Aiding and Abetting

Dated: 8/6/2019

_____
Hon. William V. Gallo
United States District Judge